# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON P. THURSTON,<br><br>                    Plaintiff,<br><br>     v.<br><br>M. POLLARD, *et al.*,<br><br>                    Defendants. | Case No. 21-cv-1578-BAS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**(ECF No. 43)** |

Before this Court is the parties' joint motion to dismiss this action with prejudice under Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii). (Joint Mot., ECF No. 40.)

Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss its action or a party thereof by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(i), (ii); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B).

|   |   |
|---|---|
| 1 | Nonetheless, the local civil rules of this district require that where, as here, litigants |
| 2 | seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(A)(ii), |
| 3 | such a stipulation must be filed as a joint motion.[1]  In accordance with this district's local |
| 4 | civil rules, the parties filed Rule 41(a)(1)(A)(ii)-compliant stipulation, which they styled |
| 5 | as a Joint Motion.  (*See* ECF No. 40.) |
| 6 | Having considered the parties' request, the Court **GRANTS** the Joint Motion. (ECF |
| 7 | No. 40.)  Thus, the Court **DISMISSES WITH PREJUDICE** the action.  The parties shall |
| 8 | bear their own costs and attorneys' fees.  The Clerk of Court is directed to close this case. |
| 9 | **IT IS SO ORDERED.** |
| 10 | DATED: January 5, 2023 |

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.